IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 00-051 |
| ) | |
| GEORGE DORSEY ) | |

**APPEARANCE OF COUNSEL**

NOTICE is hereby given that Constance M. Bowden, Assistant United States Attorney, is counsel of record for the government in the above-criminal action.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


s/ Constance M. Bowden
CONSTANCE M. BOWDEN
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 644-2645 (Fax)
Constance.Bowden@usdoj.gov
PA ID No. 37866