AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: Criminal No. 00-51 |
| GEORGE DORSEY ) | USM No: Register No. 06788-068 |
| Date of Previous Judgment:  10/02/2000  ) | Michael J. Novara |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  135  months **is reduced to**  120 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  31            Amended Offense Level:  29
Criminal History Category:  III         Criminal History Category:  III
Previous Guideline Range:  135  to  168  months    Amended Guideline Range:  108  to  135  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  10/02/2000  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  7/7/08

Effective Date:  7/7/08
(if different from order date)

_Maurice B. Cohill, Jr._
Judge's signature

Maurice B. Cohill, Jr, U.S. District Judge
Printed name and title